# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA SOLUTIONS, INC., <br><br> Defendant. | CIVIL ACTION NO. 4:21-cv-856-ALM <br><br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Motorola Solutions, Inc. ("Motorola Solutions") have resolved American's claims for relief against Motorola Solutions asserted in this case.

NOW, THEREFORE, American, through its attorneys of record, requests this Court to dismiss all claims asserted by American against Motorola Solutions with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: December 10, 2021

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

1

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for American Patents have conferred with counsel for Motorola Solutions, Inc., who confirms that this motion is agreed.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronics service are being served with a copy of this document via the Court's CM/ECF system on December 10, 2021.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington

2