IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　Plaintiff,<br><br>　v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>　Defendant. | CIVIL ACTION NO. 4:21-cv-856-ALM |

## ORDER

This matter came before the Court upon the Agreed Motion to Dismiss filed by Plaintiff American Patents LLC ("American") regarding the resolution of American's claims for relief against Defendant Motorola Solutions, Inc. ("Motorola Solutions") asserted in this case. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

ORDERED that all claims asserted by American against Motorola Solutions in this action are hereby dismissed with prejudice.  It is further

ORDERED that American and Motorola Solutions shall bear their own costs, expenses and legal fees in this case.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 14th day of December, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE